UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA A. GRAVELY, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>W. SCOTT RAILTON, Chairman, Occupational )<br>    Safety and Health Review Commission, )<br>)<br>    Defendant. )<br>)<br>_____ ) | C. A. No.: 07-1895 (HHK) |

**FIRST MOTION FOR ENLARGEMENT
OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**

    Defendant, by counsel, moves for a two week enlargement of time in which to respond to plaintiff's complaint. The requested enlargement is merited for the following reasons:

    1. Undersigned counsel received the Report of Investigation and other background documents in this employment discrimination case on January 30, 2008. Defendant's response to the complaint in this case is due for filing on or before February 4, 2008.

    2. Because of obligations in other cases, undersigned counsel will need additional time to review the aforementioned documentation and to prepare defendant's response to the complaint in this case.

    3. Granting a brief enlargement of time for the filing of defendant's response would be in the interests of justice and would not unduly prejudice plaintiff.

    4. Undersigned counsel left messages on plaintiff's counsel's answering machine requesting his position on this requested enlargement of time. At the time of filing this motion,

undersigned counsel has not heard back from plaintiff's counsel.

Wherefore, defendant moves that he be allowed to file his response to the complaint in this case on or before February 19, 2008.

Respectfully submitted,

\_\_\_/s\_/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


\_\_/s/_____
ALEXANDER D. SHOAIBI, D.C. BAR #423587
Assistant United States Attorney
501 Third Street, N.W., Rm E-4218
Washington, D.C.  20530
(202) 514-7236

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing was served through the ECF system on plaintiff's counsel on this 30th day of January, 2008.

_____//_____  
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA A. GRAVELY, ) | |
| ) | |
| Plaintiff, ) | C. A. No.: 07-1895 (HHK) |
| ) | |
| v. ) | |
| ) | |
| W. SCOTT RAILTON, Chairman, Occupational ) | |
| Safety and Health Review Commission, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

**UPON CONSIDERATION** of defendant' first motion for enlargement of time, it is hereby **ORDERED** that the motion is **GRANTED**. Defendant shall respond to Plaintiff's Complaint on or before February 19, 2008.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2008.