UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA A. GRAVELY, ) | |
| ) | |
| Plaintiff, ) | C. A. No.: 07-1895 (HHK) |
| ) | |
| v. ) | |
| ) | |
| W. SCOTT RAILTON, Chairman, Occupational ) | |
| Safety and Health Review Commission, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**SECOND MOTION FOR ENLARGEMENT
OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**

Defendant, by counsel, moves for a three week enlargement of time in which to respond to plaintiff's complaint. The requested enlargement is merited for the following reasons:

1. Undersigned counsel is in the process of evaluating the potential for settlement of this case.

2. The granting of the requested enlargement of time would allow the parties to investigate the possibility of settlement without further involvement of this Court.

3. Although undersigned counsel has spoken to plaintiff's counsel about possible settlement, he has not yet spoken to plaintiff's counsel regarding plaintiff's position on this request for enlargement of time. Undersigned counsel left a message on plaintiff's counsel's answering machine regarding the above, and, at the time of filing this motion, undersigned counsel has not heard back from plaintiff's counsel.

Wherefore, defendant moves that he be allowed to file his response to the complaint in

this case on or before March 11, 2008.

                              Respectfully submitted,

                              ___/s_/_____
                              JEFFREY A. TAYLOR, D.C. BAR #498610
                              United States Attorney

                              __/s/_____
                              RUDOLPH CONTRERAS, D.C. BAR #434122
                              Assistant United States Attorney

                              __/s/_____
                              ALEXANDER D. SHOAIBI, D.C. BAR #423587
                              Assistant United States Attorney
                              501 Third Street, N.W., Rm E-4218
                              Washington, D.C.  20530
                              (202) 514-7236

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing was served through the ECF system on plaintiff's counsel on this 15th day of February, 2008.


_____//_____
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA A. GRAVELY, ) | |
| ) | |
| Plaintiff, ) | C. A. No.: 07-1895 (HHK) |
| ) | |
| v. ) | |
| ) | |
| W. SCOTT RAILTON, Chairman, Occupational ) | |
| Safety and Health Review Commission, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

**UPON CONSIDERATION** of defendant' second motion for enlargement of time, it is hereby **ORDERED** that the motion is **GRANTED**. Defendant shall respond to Plaintiff's Complaint on or before March 11, 2008.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2008.