REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE-H

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 42:2000e Job Discrimination (Employment) | | | |
|---|---|---|---|---|
| CASE NO:<br>07-cv-01895 | DATE REFERRED:<br>4/17/08<br><br>DISPOSITION DATE: | PURPOSE:<br>MEDIATION | JUDGE:<br>HENRY H. KENNEDY, JR. | MAG. JUDGE<br>ALAN KAY |

| PLAINTIFF(S):<br>LINDA A. GRAVELY | DEFENDANT(S):<br>W. SCOTT RAILTON<br>Chairman, Occupational Safety and Health Review Commission |
|---|---|

ENTRIES: